UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: LEE LITIGATION GROUP

---

AMANIE RILEY, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED

                Plaintiff(s)

- against -

WOK TO WALK, LLC

                Defendant(s)

Index # 16 CV 07728 JGK

Purchased October 3, 2016

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 13, 2016 at 10:10 AM at

C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207

deponent served the within SUMMONS AND COMPLAINT on WOK TO WALK, LLC therein named.

    BY LEAVING A TRUE COPY WITH MAUREEN COGAN, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 55 | 5'6 | 180 |

BY SERVING SAME ON IT'S AUTHORIZED AGENT

Sworn to me on: October 19, 2016

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | **STEVEN C. AVERY** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | Invoice #: 658528 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045