# Lee Litigation Group, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

November 28, 2016

**VIA ECF**

The Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Riley v. Wok to Walk, LLC*
            Case No. 16-CV-7728 (JGK)

Dear Judge Koeltl:

    We are counsel to Plaintiff in the above-referenced matter. We write to respectfully request a 30-day adjournment of the initial conference currently scheduled for December 5, 2016 at 4:30pm.

    Defendant was served on October 13, 2016 (ECF Dkt. No. 8), and has not yet appeared on the docket. Plaintiff is currently investigating the appropriate entities to be sued and to make them aware of the pending lawsuit.

    There has been no previous request for an adjournment.

    We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF