## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2017, I caused the Order dated January 5, 2017 rescheduling the Initial Conference in Case No. 16-CV-7728 to be served by First Class Mail upon the following Defendants:

**WOK TO WALK US HOLDINGS, INC**
C/O Corporation Service Company
80 State St.
Albany, New York, 12207

**WOK TO WALK US 101, LLC**
C/O Corporation Service Company
80 State St.
Albany, New York, 12207

**WOK TO WALK US 102, LLC**
C/O Corporation Service Company
80 State St.
Albany, New York, 12207

**WOK TO WALK US 103, LLC**
C/O Corporation Service Company
80 State St.
Albany, New York, 12207

**WOK TO WALK US MANAGEMENT, INC.**
C/O Corporation Service Company
80 State St.
Albany, New York, 12207



C.K. Lee, Esq.