# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

February 6, 2017

**VIA ECF**
The Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

>    Re:   *Riley v. Wok to Walk, LLC*
>          Case No. 16-CV-7728 (JGK)

Dear Judge Koeltl:

    We are counsel to Plaintiff in the above-referenced matter. We write to respectfully request a 30-day adjournment of the initial conference currently scheduled for February 13, 2017 at 4:30pm.

    Defendant has not appeared on the docket. In an effort to make the appropriate entities aware of the lawsuit, Plaintiff has added new entities. The new entities are currently under the process of service.

    This is Plaintiff's third request.

    We thank Your Honor for considering this matter.


Respectfully submitted,


*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF